UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| DAVID G. SMITH ) | |
| ) | |
| V. ) | NO. 2:13-CV-13 |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security ) | |

## REPORT AND RECOMMENDATION

Plaintiff's counsel has filed a Motion [34] for approval of an attorney fee under 42 U.S.C.§ 406(b) in the amount of $7,500.00. The government has not opposed the request. This fee is found to be appropriate and fair. It is respectfully recommended that the Motion be GRANTED.[1]

                                              Respectfully Submitted:

                                               s/ Dennis H. Inman
                                               United States Magistrate Judge

---

[1] Any objections to this report and recommendation must be filed within fourteen (l4) days of its service or further appeal will be waived. Thomas v. Arn, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947-950 (6th Cir. 198l); 28 U.S.C. § 636(b)(1)(B) and (C).