UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DAVID G. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.: 2:13-CV-13 |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

ORDER

After consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 37], concerning plaintiff's application for attorney's fees, [Doc. 34], under Title 42 United States Code section 406(b), it is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED and that the plaintiff's motion is GRANTED, [Doc. 34]. Accordingly, it is hereby ORDERED a fee in the amount of $7,500.00 be awarded.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE